No. 55573.—Mennella Bros., Inc. v. United States, protest 169177–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of chestnuts similar in all material respects to those the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.

No. 55574.—W. X. Huber Co. v. United States, protest 845690–G (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material characteristics, respectively, as the articles having the corresponding exhibit designations and passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), the claim of the plaintiff was sustained.

No. 55575.—W. X. Huber Co. v. United States, protest 894333–G (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and following the decisions cited, the protest was sustained as follows: (1) Apricot kernels similar in all material respects to those the subject of Abstract 34104 were held dutiable at 3 cents per pound under paragraph 762; and (2) certain items of the merchandise the same in all material characteristics, respectively, as the articles having the corresponding exhibit designations and passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held entitled to free entry under paragraph 1669.

No. 55576.—Sze Lee Wo & Co. and The Columbia Co. v. United States, protests 846036–G and 794367–G (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and following the decisions cited the claims of the plaintiffs were sustained as follows: (1) Dried fungus assessed at 50 percent ad valorem under paragraph 774 as vegetables in their natural state, stipulated to be similar in all material respects to that the subject of *Quong Yu Wo* v. *United States* (68 Treas. Dec. 668, T. D. 48003), was held dutiable at 35 percent under paragraph 775 as vegetables, prepared or preserved; (2) bak hop, lotus nuts, sui sit, yuk chuk, wai san, sar sum, lo hon qua, mok qua, and yuen yuk assessed at 35 percent under paragraphs 775 and 752 as vegetables or fruits, prepared, or at 50 percent under paragraph 774 as vegetables in their natural state, or at 10 percent under pargaraph 34 as drugs, advanced, the same as the merchandise passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), were held entitled to free entry under paragraph 1669 as crude drugs; and (3) apricot kernels classified under paragraph 756 as shelled almonds, similar to those involved in Abstract 34104, were held dutiable at 3 cents per pound under paragraph 762.